**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRIA REID, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARMAX AUTO SUPERSTORES, INC., CARMAX AUTO SUPERSTORES WEST COAST, INC., and DOES 1–100, inclusive,<br><br>Defendants. | Case No. 2:21-cv-04815-MCS-MAR<br><br>**JUDGMENT** |

1

Pursuant to this Court's Order Dismissing Case,

IT IS ADJUDGED that the action is dismissed with prejudice. Plaintiffs shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: March 14, 2022

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

2